UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EDWARD MCNABB,<br><br>          Petitioner,<br><br>    v.<br><br>WARDEN, C.S.P. SACRAMENTO,<br><br>          Respondent. | No. CV 15-9269-SJO (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: February 10, 2016.

*S. James Otero*
_____
S. JAMES OTERO
United States District Judge